# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROVER PIPELINE LLC,

    Plaintiff,

  v.

Civil Action 2:19-cv-34
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

HYDROCARBON WELL SERVICE, INC.,

    Defendant.

## ORDER

This matter came before the Court for a telephonic conference on March 27, 2019. During the conference, the parties informed the Court that Plaintiff's members are citizens of West Virginia, Defendant's state of citizenship, such that this Court lacks jurisdiction. *See Grynberg v. Kinder Morgan Energy Partners, L.P.*, 805 F.3d 901 (10th Cir. 2015) (Master Limited Partnerships are citizens of their members' states of citizenship for diversity purposes). The parties therefore jointly moved for this case to be remanded to state court, and the Court granted the parties' joint oral motion. Accordingly, this case is **REMANDED** to the Court of Common Pleas for Belmont County, Ohio.

    **IT IS SO ORDERED.**

                                *s/ Chelsey M. Vascura*
                                CHELSEY M. VASCURA
                                UNITED STATES MAGISTRATE JUDGE